**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

**DRAVEION WASHINGTON,**

      **Petitioner,**

**vs.**                                     **Case No. 4:06cv128-RH/WCS**

**JAMES McDONOUGH,**

      **Respondent.**

_____/

**REPORT AND RECOMMENDATION TO TRANSFER § 2254 PETITION**

Pursuant to court order, doc. 6, Petitioner filed an amended 28 U.S.C. § 2254 petition and in forma pauperis application using forms provided by the clerk. Docs. 7 and 8.

Petitioner is currently incarcerated at Charlotte Correctional Institution, and challenges the judgment of the Nineteenth Judicial Circuit Court in St. Lucie County. Jurisdiction is appropriate in the Middle District and Southern District, as the districts of confinement and conviction, respectively. 28 U.S.C. § 2241(d).

The district of conviction would appear to be the most convenient and appropriate venue, and the petition should be transferred to the Southern District under § 2241(d).  *See also*, Parker v. Singletary, 974 F.2d 1562, 1582 and nn. 114 and 118 (11th Cir. 1992) (finding transfer "in furtherance of justice" under § 2241(d), citations omitted); Eagle v. Linahan, 279 F.3d 926, 933, n. 9  (11th Cir. 2001) (noting that the practice in district courts in Georgia was to transfer petitions to the district of conviction under § 2241(d)).

It is therefore respectfully **RECOMMENDED** that this case be **TRANSFERRED** to the United States District Court for the Southern District of Florida for all further proceedings.

**IN CHAMBERS** at Tallahassee, Florida on July 7, 2006.


  s/    William C. Sherrill, Jr.
**WILLIAM C. SHERRILL, JR.**
**UNITED STATES MAGISTRATE JUDGE**


**NOTICE TO PARTIES**

Within 15 days after being served with a copy of this report and recommendation, a party may serve and file specific, written objections to the proposed findings and recommendations.  A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.